Scott D. Gattey (SBN 180875)
GATTEY LAW OFFICE, PC
830 Old County Road
Belmont, CA 94002
Telephone: (650) 430-0638
scott@gatteylaw.com

Dustin Pusch*
Amy M. Roller *
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 318-3655
dustin.pusch@mwpp.com
amccannroller@mwpp.com
*Pro Hac Vice

*Attorneys for Applicant Bishop T.D. Jakes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>T.D. Jakes,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Google LLC for Use in Foreign Proceedings | No. 5-24-MC-80319<br><br>**PARTIES' JOINT DISCOVERY LETTER RE EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

Petitioner Thomas Dexter Jakes and Respondent Google LLC, by and through counsel, hereby submit to Magistrate Judge Cousins the attached Joint Discovery Letter pursuant to the Court's December 23, 2024 Order.

Dated: April 11, 2025

Respectfully submitted,

*/s/Dustin Pusch*
Dustin Pusch (pro hac vice)
Attorney for Applicant T.D. Jakes

April 11, 2025

The Honorable Nathanael M. Cousins
United States Magistrate Judge
450 Golden Gate Avenue
San Francisco, CA 94102

Re: 5:24-mc-80319-NC, In Re Ex-Parte Application of Thomas Dexter Jakes

Dear Judge Cousins:

Pursuant to the Court's December 23, 2024 Order [007], Petitioner Thomas Dexter Jakes ("Petitioner") and Respondent Google LLC ("Respondent"), submit this joint discovery letter brief addressing the proposed § 1782 order and any requested protective order regarding the ex-parte application for the issuance of a subpoena to Respondent under 28 U.S.C. § 1782 filed on December 19, 2024 ("1782 Application").

Counsel for Petitioner and Respondent have met and conferred telephonically and by Zoom to discuss Petitioner's 1782 Application and the requested subpoena. As a result of the meet-and-confer process, Respondent and Petitioner agree to the following:

1. By April 18, 2025, Petitioner shall file a sworn declaration from counsel he has engaged in the Republic of Pakistan to pursue defamation claims against one of the YouTube account holders responsible for the majority of the defamatory video posts detailed in Petitioner's 1782 Application

2. The declaration from counsel will set forth the elements of any civil claims Petitioner may assert under the laws of the Republic of Pakistan and state whether counsel believes that the facts alleged in the 1782 Application support viable claims under Pakistani law;

3. Should the Court require a response from Respondent, then Respondent will file a statement of non-opposition affirming that it takes no position on the issuance of the proposed subpoena, while reserving all rights to object or move to quash the subpoena until after the subpoena is served. *See, e.g., In re Ex Parte Application of Kakedzuka Mfg. Co., Ltd.*, Case No. 22-mc80133-NC, Dkt. 11 (N.D. Cal. July 29, 2022) (granting Section 1782 application and allowing provider and account holder to move to quash the subpoena following service). In responding to the subpoena, Respondent need not produce information for any user who Respondent's determines resides in the United States;

4. In their response to the subpoena, Respondent may redact bank account numbers, credit card numbers, and similar financial information beyond the name and location of the account holder and the financial institution.

Subject to the above conditions, Respondent agrees to produce to Petitioner the information sought, if any, in its subpoena within 30 days of an order granting Petitioner's 1782 Application. If a user affected by disclosure of the information sought by Petitioner's 1782 Applications files a

motion to quash within 30 days of service of the subpoena, then Respondent agrees to preserve materials responsive to the proposed subpoena, if any, until such dispute is resolved.

| | |
|---|---|
| */s/* Dustin Pusch | */s/* Byron Tuyay |
| Dustin A. Pusch | Byron R. Tuyay |
| Counsel for Petitioner Thomas Dexter Jakes | Counsel for Respondent Google LLC |